## CHARLES BURRALL *vs.* MOSES M. RICE.

A certificate of discharge under the insolvent laws of this state is a bar to an action by a citizen of another state on a promissory note expressly payable in this state.

ACTION OF CONTRACT on a promissory note, made by the defendant at Boston, and payable "at any bank in Boston," to the order of E. C. Starkweather, and by him indorsed to the plaintiff, before maturity, and for a valuable consideration. Answer, a certificate of discharge under the insolvent laws of this commonwealth. The plaintiff is and always has been a citizen of New York; the maker and payee, citizens of this state. The case was submitted to the decision of the court upon these facts.

*H. C. Hutchins,* for the plaintiff.

*G. G. Hubbard & J. M. Pinkerton,* for the defendant.

BY THE COURT. The contract was made in Massachusetts, to be executed in Massachusetts, and indorsed to a New York plaintiff afterwards. That the defendant's discharge under the insolvent law is a good bar, is settled by the recent case of *Scribner* v. *Fisher,* 2 Gray, 43. *Judgment for the defendant.*[*]

---

[*] A similar decision was made in Suffolk, March term 1855, upon similar pleadings, in the case of LABAN CAPRON *vs.* SAMUEL S. JOHNSON, which was an action on a promissory note made at Salem by the defendant, a citizen of this commonwealth, and payable "at the Salem Bank" to the plaintiff, a citizen of New York.

*J. H. Wakefield,* for the plaintiff.

*O. P. Lord,* for the defendant.